1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4

5  Attorney for Defendant
   **VIRGINIO SILVA ARIZAGA**
6

7
              UNITED STATES DISTRICT COURT
8
              EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA      )   **CASE NO. 1:09-CR-00260-OWW**
                                 )
11                               )   **STIPULATION AND ORDER**
                                 )   **TO CONTINUE SENTENCING**
12              Plaintiff,       )
                                 )
13      v.                       )
                                 )
14 VIRGINIO SILVA ARIZAGA        )
                                 )
15              Defendant.       )
   _____)
16

17

18      Defendant, VIRGINIO SILVA ARIZAGA, by and through his counsel of

19 record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

20 through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States

21 Attorney for the Eastern District of California, hereby stipulate that the sentencing in the

22 above-referenced case currently scheduled for Monday, September 13, 2010, at 9:00 a.m. be

23 continued to Monday, October 25, 2010 at 9:00 a.m. in the courtroom for the Honorable

24 Oliver W. Wanger, District Judge.

25 ///

26 ///

27 ///

28 ///

   ///

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: 07-20-10                          /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES
                                             Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 07-20-10                          /s/ Kathleen A. Servatius
                                             KATHLEEN A. SERVATIUS
                                             Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 20, 2010**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE